JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AND CAKE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANS SOUCI LLC, a California limited liability company, NANCY H. CHOI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-00624-AB (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: December 23, 2015      _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.